Case 2:24-mc-51001-SFC   ECF No. 1, PageID.1   Filed 08/26/24   Page 1 of 1

MEMBERS
**ALAN GERSHEL**
*CHAIRPERSON*
**PETER A. SMIT**
*VICE-CHAIRPERSON*
**REV. DR. LOUIS J. PRUES**
*SECRETARY*
**LINDA M. ORLANS**
**JASON M. TURKISH**
**ANDREAS SIDIROPOULOS, MD**
**KATIE STANLEY**
**TISH VINCENT**
**KAMILIA K. LANDRUM**

**STATE OF MICHIGAN**

**ATTORNEY DISCIPLINE BOARD**



**WENDY A. NEELEY**
*EXECUTIVE DIRECTOR*
—
**JOHN K. BURGESS**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JODIE GROH**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—

www.adbmich.org

333 WEST FORT STREET, SUITE 1700
DETROIT, MICHIGAN 48226-3147
PHONE: 313-963-5553

## NOTICE OF AUTOMATIC INTERIM SUSPENSION

Case No.  24-75-AI

**Notice Issued: August 23, 2024**

Danasia Nikhol Neal, P 83076, Birmingham, Michigan

Effective July 22, 2024

On July 22, 2024, respondent was convicted by a plea of nolo contendere to one count of Controlled Substance - Delivery/manufacture (narcotic or Cocaine) 50 to 449 Grams (Attempt) - MCL 333.7401(2)(a)(iii), a felony, in *State of Michigan v Danasia Nikhol Neal*, Third Circuit Court of Michigan, Case No. 21-007000-01-FH.   Upon respondent's conviction and in accordance with MCR 9.120(B)(1), respondent's license to practice law in Michigan was automatically suspended.

Upon the filing of a judgment of conviction, this matter will be assigned to a hearing panel for further proceedings.  The interim suspension will remain in effect until the effective date of an order filed by a hearing panel under MCR 9.115(J).